UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| NEO WIRELESS, LLC ; | FORD MOTOR COMPANY ; |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Clay County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| BRETT C RANDOL ( NEO WIRELESS, LLC) | |
| ROUSE FRETS WHITE GOSS GENTILE RHODES | |
| 5250 W. 116th Place, Suite 400 | |
| Leawood, Kansas 66211 | |
| **Phone:** 9133871600 | |
| **Fax:** | |
| **Email:** BRANDOL@rousepc.com | |

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 830 Patent

**Cause of Action:** PATENT ACT 35 USC SEC. 1 ET SEQ.

**Requested in Complaint**

    **Class Action:**  Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:**  Yes

    **Related Cases:**  Is NOT a refiling of a previously dismissed action

---

**Signature:** Brett C. Randol

**Date:**  3-29-22

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.